■ In the Matter of LONG ISLAND LIGHTING COMPANY, Respondent, v ASSESSOR OF THE TOWN OF BROOKHAVEN et al., Appellants. SHOREHAM WADING RIVER CENTRAL SCHOOL DISTRICT, Intervenor-Appellant. (Proceeding No. 1.) In the Matter of LONG ISLAND LIGHTING COMPANY, Respondent, v ASSESSOR OF THE TOWN OF BROOKHAVEN et al., Appellants. SHOREHAM WADING RIVER CENTRAL SCHOOL DISTRICT, Intervenor-Appellant. (Proceeding No. 2.)

We find that the Supreme Court properly exercised its discretion in denying the motion for a stay of the instant proceedings. Mollen, P. J., Mangano, Brown and Kunzeman, JJ., concur.